## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CLYDEAN WALKER as the wrongful death representative of TROY SHANE WALKER, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 19-cv-17-R |
| v. | ) ) | |
| TAZ-AG, INC., a Utah corporation, and C. R. ENGLAND, a Utah corporation, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| PAUL FARQUHARSON, | ) ) | |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| TAZ-AG, INC., a Utah Corporation, | ) ) | |
| Defendant. | ) | |

## STIPULATED MOTION FOR DISMISSAL OF CLAIMS BY PLAINTIFF CLYDEAN WALKER, AS THE WRONGFUL DEATH REPRESENTATIVE OF TROY SHANE WALKER, WITH PREJUDICE

COME NOW Plaintiff Clydean Walker, as the Wrongful Death Representative of Troy Shane Walker, Defendant Taz-Ag, Inc., a Utah Corporation and C.R. England, a Utah corporation, by and through their respective counsel, and hereby stipulate to the dismissal of Plaintiff's claims against Defendants Taz-Ag, Inc. and C.R. England WITH PREJUDICE, and that each party bear their own attorneys' fees and costs incurred in either the defense or prosecution of this case.

DATED this 21ˢᵗ day of April, 2021.


*/s/Reed W. Larsen*
Bret F. King, WSB 5-2353
King and King, LLC
PO Box 40
Jackson, WY 83001
Etna, WY 83118
(307) 733-2904 Phone
(307) 733-1050 Fax


and

Reed W. Larson *Pro Hac Vice*
Cooper & Larsen, Chartered
PO Box 4229
Pocatello, ID 83205-4229
(208) 235-1145 Phone
(208) 235-1182 Fax


Attorneys for Plaintiff

*/s/Rick L. Koehmstedt*
Rick L. Koehmstedt, WSB 6-3101
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Ste. 500
Casper, WY 82601
(307) 235-6681 Phone
(307) 234-5099 Fax
Attorney for Defendant Taz-Ag, Inc.


*/s/Loyd E. Smith*
Loyd E. Smith, WSB 5-2509
Hickey & Evans, LLP
PO Box 467
Cheyenne, WY 82003-0467
(307) 634-1525 Phone
(307) 638-7335 Fax
Attorney for Defendant CR England